UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HENRY CASTILLO,

     Plaintiff,

 v.

BOBBIE BERKEY, *et al.*,

     Defendants.

Case No. C20-5251-BHS-MLP

ORDER

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court on Plaintiff's request for an extension of time to file his amended complaint ("Plaintiff's Motion"). (Dkt. # 53.) Plaintiff was previously directed by this Court to submit an amended complaint by August 23, 2021. (Dkt. # 52.) Plaintiff now requests a 60-day extension of time due to terminal health issues that will allow him released from the Stafford Creek Corrections Center ("SCCC") on an "extraordinary medical placement." (Dkt. # 53 at 1.) Plaintiff notes that he intends to seek legal representation upon his release. (*Id.*) Plaintiff additionally requests an extension of time due to his limited access to legal resources at the SCCC because of COVID-19 restrictions. (*Id.*) Defendants did not file a response to Plaintiff's Motion.

ORDER - 1

Based on Plaintiff's Motion, and Defendants' lack of opposition, Plaintiff's Motion (dkt. # 53) is GRANTED. Plaintiff is directed to file his amended complaint on the forms provided by the Clerk not later than **November 12, 2021**. The Clerk shall re-note this matter on the Court's calendar to **November 12, 2021**, for review of Plaintiff's amended complaint should he chose to submit one. If Plaintiff fails to file his amended complaint by the date set forth in this Order, the Court will recommend that this action be dismissed.

The Clerk is directed to send Plaintiff the appropriate forms so that he may file his amended complaint. The Clerk is further directed to send copies of this Order to Plaintiff and to the Honorable Benjamin H. Settle.

Dated this 13th day of September, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2