UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY CASTILLO,

        Plaintiff,

   v.

BOBBIE BERKEY, *et al.*,

        Defendant.

Case No. C20-5251-BHS-MLP

REPORT AND RECOMMENDATION

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff was previously directed to file his amended complaint by November 12, 2021. (Dkt. # 54.) Plaintiff was notified that, if he failed to file an amended complaint, the Court would recommend that this action be dismissed. (*Id.* at 2.) Plaintiff has not filed an amended complaint nor requested an extension of time. Accordingly, the Court recommends this action be dismissed. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Objections, and any response, shall not exceed twelve pages. Failure to file objections within the specified time may affect your right to appeal. Objections

REPORT AND RECOMMENDATION - 1

should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 10, 2021**.

The Clerk is directed to send copies of this Report and Recommendation to the parties and to the Honorable Benjamin H. Settle.

Dated this 18th day of November, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2