1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HENRY CASTILLO,

                      Plaintiff,

     v.

BOBBIE BERKEY, et al.,

                   Defendants.

CASE NO. 3:20-cv-5251 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

13

14

15

16

This matter comes before the Court on the Report and Recommendation ("R&R")
of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 55. The
Court having considered the R&R and the remaining record, and no objections having
been filed, does hereby find and order as follows:

17

     (1)     The R&R is **ADOPTED**;

18

19

     (2)     This matter is **DISMISSED without prejudice** for failure to prosecute and
               failure to comply with the Court's order; and

20

     (3)     The Clerk shall enter JUDGMENT and close this case.

21

\\

22

\\

Dated this 3rd day of January, 2022.

BENJAMIN H. SETTLE
United States District Judge